■ CAROL H. GRIECO, as Executrix of JOHN P. GRIECO, Deceased, Respondent, v KALEIDA HEALTH et al., Defendants, and JANERIO D. ALDRIDGE, M.D., et al., Appellants. (Appeal No. 1.) [913 NYS2d 633]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered September 30, 2009 in a medical malpractice action. The order denied the motion for a protective order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Grieco v Kaleida Health* (79 AD3d 1764 [2010]). Present—Centra, J.P., Lindley, Sconiers, Green and Gorski, JJ.